

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00301-CV

_____

IN RE AMANDA CHERRY, Relator

---

Original Proceeding
362nd District Court of Denton County, Texas
Trial Court No. 22-7496-362

---

Before Womack, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered "Relator's Emergency Motion for Temporary Relief Pending Resolution of Petition for Writ of Mandamus" and "Petition for Writ of Mandamus and Emergency Relief" and is of the opinion that relief should be denied. Accordingly, "Relator's Emergency Motion for Temporary Relief Pending Resolution of Petition for Writ of Mandamus" and "Petition for Writ of Mandamus and Emergency Relief" are denied.

Per Curiam

Delivered:  May 12, 2026